**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUNIOR-NOEL VASQUEZ-CALIX,<br><br>                                    Petitioner,<br><br>v.<br><br>WARDEN OF IMPERIAL REGIONAL DETENTION FACILITY, et al.,<br><br>                                    Respondents. | Case No.:  26-cv-2046-BJC-AHG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [ECF NO. 15]** |

On April 20, 2026, counsel for Petitioner filed an Unopposed Motion to Stay the case pending a decision by the Ninth Circuit Court of Appeals in *Vasquez-Calix v. Blanche*, Case No. 24-1364 explaining that the outcome of that case "may be relevant to the matter currently before this Court." ECF No. 13 at 1.  On April 22, 226, the Court granted the Motion to Stay.  ECF No. 14.

On May 5, 2026, the parties filed a Joint Motion to Dismiss the case, stating that the Ninth Circuit held that Petitioner "is no longer removable," vacated the order of removal, and remanded to the BIA with instructions to terminate the proceedings.  ECF No. 15. Petitioner was released from custody on May 1, 2026. *Id.* In light of the Ninth Circuit's decision and Petitioner's release, the parties request that the Court dismiss the case without prejudice. *Id.*

Accordingly, the Court **GRANTS** the Joint Motion and dismisses the case without prejudice. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED**.

Dated: May 5, 2026

Honorable Benjamin J. Cheeks
United States District Judge